UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

-------------------------------------------------------x

DANIEL TODD,                                    :
                                                :       CASE NO.: 1:25-cv-00459-DDD-JPM
                                                :
                Plaintiff,                      :       Judge: Hon. Dee Drell
vs.                                             :
                                                :       Magistrate: Hon. Perez-Montes
                                                :
LOUISIANA CAPITAL INVESTORS,                    :
INC., and DQ ENTERPRISES, LLC                   :
                                                :
                Defendant.                      :

-------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii),

by and between the undersigned attorneys of record, that the above-captioned proceeding be, and

hereby is, dismissed in its entirety, with prejudice, against the Defendants without fees or costs to

any party against any other.

Respectfully Submitted, this 12ʰ day of September, 2025.

By:/s/ Andrew D. Bizer                          By:/s/ *Camille  S. Broussard___*
   **ANDREW D. BIZER**                              **CAMILLE S. BROUSSARD**

**BIZER & DEREUS, LLC**                         **PHELPS DUNBAR LLP**
Andrew D. Bizer, Bar No. 30396                  THOMAS H. KIGGANS (LA #14422)
Garret S. DeReus, Bar No. 35105                 KIGGANST@PHELPS.COM
Eva M. Kalikoff, Bar No. 39932                  CAMILLE S. BROUSSARD (LA #40043)
3319 St. Claude Avenue                          CAMILLE.BROUSSARD@PHELPS.COM
New Orleans, Louisiana 70112                    II CITY PLAZA
Telephone:    (504) 619-9999                    400 CONVENTION STREET, SUITE 1100
Facsimile:    (504) 948-9996                    BATON ROUGE, LOUISIANA 70802
Email:        andrew@bizerlaw.com               TELEPHONE: (225) 346-0285
              gdereus@bizerlaw.com              FACSIMILE: (225) 381-9197
              eva@bizerlaw.com                  *Counsel for Defendants Louisiana Capital*
*Counsel for Plaintiff Daniel Todd*             *Investors, Inc., and DQ Enterprises, LLC*