UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

-------------------------------------------------------x

DANIEL TODD,                               :

                                           :        CASE NO.: 1:25-cv-00459-DDD-JPM

                                           :
            Plaintiff,                      :        Judge: Hon. Dee Drell
vs.                                        :
                                           :        Magistrate: Hon. Perez-Montes
LOUISIANA CAPITAL INVESTORS,               :
INC., and DQ ENTERPRISES, LLC              :

                                           :
            Defendant.                     :
-------------------------------------------------------x

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against Defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff are hereby **DISMISSED,**

with prejudice, against the Defendant without fees or costs to any party against any other.

ALEXANDRIA, LOUISIANA, this _30th_ day of September 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT